UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

YONETTE ATKINS,

                    Plaintiff,

    -against-

WINDSTAR CRUISES, LLC.,

                    Defendant.

-----------------------------------------------------------X

1:12-CV-01036

**STIPULATION
OF DISMISSAL
WITH PREJUDICE AND ON
THE MERITS**

        IT HEREBY IS STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff and the Defendant in the above-entitled action, that whereas neither the Plaintiff nor the Defendant is an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice and on the merits as against said Defendant without costs or fees to either Plaintiff or Defendant as against the other.  This Stipulation may be filed without further notice with the Clerk of the Court.

Dated:  Buffalo, New York
        July 26, 2013

| | |
|---|---|
| s/Harvey P. Sanders | s/Christopher N. Franciose |
| Harvey P. Sanders, Esq. | Christopher N. Franciose, Esq. |
| SANDERS & SANDERS, Attorneys at Law | HOGAN LOVELLS US LLP |
| 401 Maryvale Drive | 875 Third Avenue |
| Cheektowaga, NY 14225 | New York, New York |
| Tel: 716-839-1489 | Tel:  (212) 918-3000 |
| *Counsel for Plaintiff Yonette Atkins* | *Counsel for Defendant Windstar Cruises, LLC* |